**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INOREAL,

    Plaintiff,

vs.                                Case No. 8:12-cv-1760-T-EAK-TGW

NUTRA PURE LLC, et al.,

    Defendants.
_____/

**ORDER OF DEFAULT JUDGMENT**

    This cause is before the Court on motion filed by Plaintiff Inoreal, seeking the entry of final judgment by default against Defendant Johnathan Nader pursuant to Fed. R. Civ. P. 55(b)(2) (Doc. 35). The record reflects that the Complaint was properly served on Mr. Nader on November 08, 2012, the time for answering the Complaint has expired, Johnathan Nader has failed to interpose an answer or otherwise respond to the Complaint, and a default was entered by the Clerk of the Court against Johnathan Nader on April 26, 2013 for his failure to plead or otherwise defend in this action. Inoreal and Defendant Nutra Pure LLC stipulated to a consent judgment which was entered by the Court on April 22, 2103 and the third defendant was dismissed from this action prior to service. Plaintiff has shown good cause, supported by its motion and declaration and otherwise in its moving papers, for entry of a default judgment. Accordingly, it is

ORDERED that Johnathan Nader shall cease and is hereby enjoined from all use of the name "SATIEREAL", or any name confusingly similar to "SATIEREAL", in connection with the promotion, marketing, sale or offer for sale of any nutritional supplement, including any appetite suppressant and/or diet product.

IT IS FURTHER ORDERED that Johnathan Nader shall within ten (10) days of this Order complete all necessary actions to transfer ownership to Inoreal of each internet domain owned or controlled by him or on his behalf which includes the word "SATIEREAL" including but not limited to:

<*saffronsatiereal.org*>; <*saffronsatiereal.us*>; <*saffronsatiereal.net*>; <*satierealsaffron.info*>; <*satierealsaffron.net*>; <*satierealsaffron.org*>; and <*satierealsaffron.us*>.

IT IS FURTHER ORDERED that GoDaddy.com, LLC, independent of any action taken or not taken by Johnathan Nader, shall transfer to Inoreal ownership of each of the foregoing domain names and any other domain name which it has registered to Johnathan Nader that includes the word "SATIEREAL".

IT IS FURTHER ORDERED that Johnathan Nader is liable for willful trademark counterfeiting, infringement and cyberpiracy, and shall pay over to Inoreal $$325,000.00 as statutory damages.

IT IS FURTHER ORDERED that Johnathan Nader is liable for, and shall pay over to Inoreal the cost of Inoreal's expenses and reasonable attorneys fees in connection with this matter

IT IS FURTHER ORDERED that Inoreal shall submit an affidavit accounting for its costs and fees in this action. The Court reserves jurisdiction to consider Plaintiff's motion for attorney's fees and costs which shall be filed within twenty-one days of this date.

The Clerk of Court is directed to close this case upon entry of this judgment and to terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 10th day of July, 2013.



Copies to: All Parties and Counsel of Record